# Court of Appeals
# of the State of Georgia

ATLANTA,____April 10, 2015_____

*The Court of Appeals hereby passes the following order:*

**A15A1253.  RANDY LEVERETTE v. THE STATE.**

Randy Leverette was convicted of aggravated assault and armed robbery in 1997.  In August 2014, Leverette moved to vacate his sentence, arguing that the charges should have merged.  The trial court denied the motion, and Leverette appeals.

An appeal may lie from an order denying a motion to correct a void sentence if the defendant raises a colorable claim that the sentence is, in fact, void or illegal. See *Harper v. State*, 286 Ga. 216 n.1 (686 SE2d 786) (2009); *Burg v. State*, 297 Ga. App. 118, 119 (676 SE2d 465) (2009).  Leverette's merger argument, however, is a challenge to his convictions, not to his sentence.  See*Williams v. State*, 287 Ga. 192 (695 SE2d 244) (2010).  Because Leverette has not raised a valid void-sentence claim, we lack jurisdiction to consider his appeal.  See *Roberts v. State*, 286 Ga. 532 (690 SE2d 150) (2010); *Harper*, supra.  Accordingly, this appeal is hereby DISMISSED.



Court of Appeals of the State of Georgia
       Clerk's Office, Atlanta,_____04/10/2015_____
       *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
              *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*